FILE COPY

DATE: 6/12/2015

RE: Case No. 13-0986

COA #: 12-11-00370-CV    TC#: 06CV-29005

STYLE: SOUTHWESTERN ENERGY PRODUCTION COMPANY
v. TOBY BERRY-HELFAND AND GERY MUNCEY

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 12 2015

TYLER TEXAS
CATHY S. LUSK, CLERK